UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
GSS GROUP LTD. (a/k/a GLOBAL SECURITY              )
SEALS GROUP, LTD.),                                          )
                                                                    )
                    Petitioner,                                   )
                                                                    )
            v.                                                      )        Civil Action No. 12-0332 (PLF)
                                                                    )
REPUBLIC OF LIBERIA et al.,                              )
                                                                    )
                    Respondents.                               )
_____  )


ORDER

        For the reasons stated in the accompanying Opinion, it is hereby

        ORDERED that respondents' motion to dismiss [Dkt. No. 14] GSS's Amended

Petition for an Order Confirming Foreign Arbitral Award is GRANTED; and it is

        FURTHER ORDERED that the Clerk of the Court shall remove this case from

the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

        SO ORDERED.


                                                        /s/_____
                                                        PAUL L. FRIEDMAN
                                                        United States District Judge
DATE:  March 11, 2014